United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 23, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51456
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                 v.

JOSE CARMEN LUGO-REGALADO

                    Defendant - Appellant



                    ----------------------
        Appeal from the United States District Court for the
                Western District of Texas, El Paso
                    ----------------------

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[1]

        IT IS ORDERED that the unopposed motion of appellee to

vacate the sentence is GRANTED.

        IT IS FURTHER ORDERED that the unopposed motion of appellee

to remand case to the district court for resentencing is GRANTED.

        IT IS FURTHER ORDERED that the unopposed motion of appellee

for a 14 day extension of time to file appellee's brief is DENIED

AS UNNECESSARY.

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. 47.5.4.